PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Jul 06, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-cr-0112 MCE |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| RAEEF OHAN OHAN, | |
| Defendant. | |

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: July 6, 2017

HONORABLE KENDALL J. NEWMAN
United States Magistrate Judge