FILED
September 15, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAEEF OHAN OHAN, ) <br> ) <br> Defendant. ) | Case No. 2:17-CR-001112-MCE <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RAEEF OHAN OHAN, Case No. 2:17-CR-00112-MCE, Charge Title 18 USC § 659, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  ✔ (Other)    with pretrial supervision and conditions of release as

          stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 15, 2017  at  3:20  pm.

By  /s/ Deborah Barnes
    Deborah Barnes
    United States Magistrate Judge