| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | SEAN RIORDAN, #255752<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710<br>sean_riordan@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>RAEEF OHAN OHAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00112-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO<br>) CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) EXCLUDE TIME |
| RAEEF OHAN OHAN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Amy Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Raeef Ohan Ohan, that the status conference scheduled for October 26, 2017 be vacated and continued to December 14, 2017 at 10:00 a.m.

The government has represented that the discovery associated with this case includes over 16,000 pages of materials, and will be produced to counsel and/or made available for inspection and copying shortly. Defense counsel requires time to review this voluminous discovery, and to conduct additional defense investigation and legal research, and to otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

Stipulation and Order

excluded as of October 19, 2017, the date of the parties' stipulation, through and including December 14, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: October 19, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |
| 4 | | */s/ Sean Riordan* |
| | | SEAN RIORDAN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for MKRTYCH SARGSYAN |
| 7 | DATED: October 19, 2017 | PHILLIP A. TALBERT |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Amy Hitchcock* |
| | | AMY HITCHCOCK |
| 10 | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time of the parties' stipulation, October 19, 2017, up to and including December 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 26, 2017 status conference shall be continued until December 14, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order