HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
RAEEF OHAN OHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00112-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| RAEEF OHAN OHAN, | Date: December 14, 2017 |
| Defendant. | Judge: Hon. Morrison C. England |
|  | Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Amy Hitchcock, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Raeef Ohan Ohan, that the status conference scheduled for December 14, 2017 be vacated and continued to June 7, 2018 at 10:00 a.m.

This continuance is warranted for several reasons:

1. On November 1, 2017, the government produced discovery including over 16,000 documents, dozens of spreadsheets each containing voluminous information, ten audio recordings, and several video recordings. Defense counsel requires time to continue to review and analyze this discovery, and to conduct defense investigation and legal research, confer with his client, and otherwise prepare for trial.

2. The parties have met and conferred regarding current charges and to discuss potential resolution, and intend to continue to meet and confer. Defense counsel anticipates

Stipulation and Order

that these discussions will prompt additional points of investigation and research and will require additional time to do so, confer with his client, review and analyze discovery, and otherwise prepare for trial.

3. Defense counsel is involved in what is projected to be a three-week evidentiary hearing in *United States v. Hayat*, 2:05-cr-240, scheduled to begin on January 29, 2018.

4. Defense counsel is also involved in what is projected to be a three-month trial in *United States v. Shehadeh*, 2:16-cr-38, scheduled to begin on February 26, 2018.

In light of the voluminous discovery and defense counsel's upcoming in-court commitments, defense counsel requires substantial time to review discovery, conduct additional defense investigation and legal research, confer with the defendant, and otherwise prepare for trial. Defense counsel believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of December 7, 2017, the date of the parties' stipulation, through and including June 7, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) and General Order 479, Local Code T4 because this time is needed to allow defense counsel reasonable time to effectively prepare and to ensure continuity of counsel, and it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 11, 2017          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for RAEEF OHAN OHAN

Stipulation and Order

| | | |
|---|---|---|
| 1 | DATED: December 11, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | | |
| 3 | | */s/ Amy Hitchcock*<br>AMY HITCHCOCK |
| 4 | | Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

Time of the parties' stipulation, December 7, 2017, up to and including June 7, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered the December 14, 2017 status conference shall be continued until June 7, 2018, at 10:00 a.m.

IT IS SO ORDERED.

**Dated: January 3, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order