HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
RAEEF OHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S. 2:17-CR-0112-KJM_ |
| Plaintiff, | ORDER MODIFYING CURFEW |
| v. | |
| RAEEF OHAN, | Chief Judge Kimberly J. Mueller |
| Defendant. | |

Pursuant to 18 U.S.C §3563(c), the Court hereby modifies Mr. Ohan's curfew to 11:00 p.m. at night for the reasons set forth in Mr. Ohan's unopposed Motion.

DATED:  April 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE